# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURDIS BENITA GONZALES,<br><br>             Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 18-8395 FMO (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1    **IT IS ORDERED** that the decision of the Commissioner be REVERSED and that the above-captioned action be REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: September 12, 2019

                                              /s/
                                    FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE