JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EURDIS BENITA GONZALES,

        Plaintiff,

    v.

ANDREW M. SAUL, Commissioner
of Social Security,

        Defendant.

Case No. CV 18-8395 FMO (SS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

Dated: September 12, 2019

                        /s/
                FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE