Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com

Attorney for Plaintiff
EURDIS B. GONZALES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| EURDIS B. GONZALES | ) | No. 2-18-cv- 08395 FMO (SS) |
| | ) | |
| Plaintiff | ) | ORDER AWARDING |
| | ) | ATTORNEY FEES PURSUANT |
| vs. | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT (EAJA} |
| | ) | |
| ANDREW M. SAUL | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

-1-

attorney fees under EAJA in the amount of TWO THOUSAND NINE HUNDRED FIFTY DOLLARS and 00/100 cent ($2,950.00) as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED: 10/25/19

_____/S/_____

**SUZANNE H. SEGAL**

U.S. Magistrate Judge

-2-